392 P.2d 678

**Benito S. BARELA, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, et al., Respondents.**

**No. 79 HC.**

Supreme Court of New Mexico.

June 3, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

392 P.2d 678

**George BROGDEN, Petitioner,**

v.

**Harold A. COX, Warden, Penitentiary of New Mexico, Respondent.**

**No. 73 HC.**

Supreme Court of New Mexico.

June 3, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of the petitioner to exhaust district court remedy.